**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

FILED
CLERK

12:10 pm, Jan 06, 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

| | |
|---|---|
| Dr. David Simai,<br>on behalf of plaintiff and the class defined herein<br><br>Plaintiff,<br><br>v.<br><br>Deliver My Meds Corp., and John Does 1-10<br><br>Defendant. | Case No.: 2:18-cv-04172-JMA-AYS<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dr. David Simai, by and through his undersigned counsel, voluntarily dismisses his individual and class claims against Defendants Deliver My Meds Corp. and John Does 1-10, without prejudice, with each party to bear their own costs.

Respectfully submitted,

/s/ *Dulijaza Clark*
Dulijaza Clark

Counsel for Plaintiff

EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

Adam J. Fishbein
735 Central Avenue
Woodmere, NY 11598
(516) 668-6945
fishbeinadamj@gmail.com

The Clerk of the Court is directed to close this case.
SO ORDERED.
/s/ JMA, USDJ
1/6/2022

## CERTIFICATE OF SERVICE

  I, Dulijaza Clark, certify that on January 5, 2022, a copy of this document was electronically filed via the Court's CM/ECF system and sent via US Mail to the following address:

Deliver My Meds Corp.
380 Oser Ave.
Hauppauge, New York, 11788

                 Respectfully submitted,

                 /s/ *Dulijaza Clark*
                 Dulijaza Clark

EDELMAN, COMBS,
LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)